THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>CARL ABERNATHEY,<br><br>   Defendant. | No. CR23-050-JLR<br><br>ORDER GRANTING A ONE-TIME CURFEW EXTENSION |

  This Court has considered Carl Abernathey's unopposed motion for a one-time curfew extension and the proposed language from the location monitoring specialist. The motion is GRANTED.

  The Court approves Mr. Abernathey's request to a one-time curfew extension on July 4, 2024, to 12:00 a.m. to attend holiday activities with his family. All other standard and special conditions remain in effect.

  DATED this 1st day of July 2024.

            _____
            JAMES L. ROBART
            UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Carl Abernathey

ORDER GRANTING ONE-TIME
CURFEW EXTENSION
(*U.S. v. Abernathey*, CR23-050-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 5th Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100